# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00413-ZLW

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2008

GREGORY C. LANGHAM
               CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On April 18, 2008, Plaintiff filed a Motion that the Court dismiss the instant action. The April 18, 2008, Motion is DENIED as moot. The Court dismissed the action on April 16, 2008.

Dated: April 21, 2008

Copies of this Minute Order mailed on April 21, 2008, to the following:

Timothy Doyle Young
Reg. No. 60012-001
Florence - ADX
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk